IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



MARY ANN O'LEARY,

    Plaintiff,

v.

TODD EACHUS, et al.,

    Defendants.

CIVIL ACTION
NO. 12-6901

FILED
SEP 9 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW**, this 9th day of September 2013, upon consideration of Plaintiff's Motion to Overrule Objection in Nature of Assertion of Attorney-Client Privilege and Work Product Doctrine (Doc. No. 7), Defendants' Response in Opposition (Doc. No. 12), Plaintiff's Reply (Doc. No. 14), the arguments of counsel at the May 9, 2013 hearing, Plaintiff's Post-Argument Brief (Doc. No. 19), Defendants' Post-Argument Brief (Doc. No. 21), Plaintiff's Post-Argument Reply Brief (Doc. No. 29), and for the reasons stated in the Opinion of the Court issued this day, it is **ORDERED** that:

1.   Plaintiff's Motion to Overrule Objection (Doc. No. 7) is **GRANTED**.

2.   The Clerk of Court shall file the accompanying Opinion **UNDER SEAL** until further notification is received from the Court.[1]

---

[1] The Third Circuit has held that "[b]ecause of the sensitivity surrounding the attorney-client privilege, care must be taken that, following any determination that an exception applies, the matters covered by the exception be kept under seal or appropriate court-imposed privacy procedures until all avenues of appeal are exhausted." Haines v. Liggett Group Inc., 975 F.2d 81, 97 (3d Cir. 1992). Thus, the accompanying Opinion, which contains the substance of the communications at issue in this case, will remain under seal until the time for seeking appellate review expires or appellate review has been completed.

Maul: Martin  Dempsey
Goloblum  Anderson
torcha

3. The Clerk of Court shall send a copy of the accompanying Opinion only to counsel of record in this case. Furthermore, only the parties and counsel of record in this case may review the Opinion until further Order of the Court.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.